## 47515. REGISTER v. THE STATE.

QUILLIAN, Judge. There being no enumeration of errors filed within twenty days after this case was docketed or within the additional time alloted under Rule 14 of this court, the appeal is

*Dismissed. Hall, P. J., and Pannell, J., concur.*
DECIDED SEPTEMBER 28, 1972.